UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| COLLINS, ALLAN R. | ) | **BANKRUPTCY CASE 10-13444** |
| | ) | **Chapter 7** |
| | ) | |
| DEBTOR. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #4 | Chase Bank USA, NA<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $3.35 |
| | TOTAL: | $3.35 |

Respectfully submitted,

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of September, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov, Zachary Witte, 520 S Calhoun Street, Fort Wayne, IN 46802, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach